In re Waltzer, Miriam G. Jdg.; Quinlan, Patrick G. Jdg.; Winsberg, Jerome M. Jdg.; Marullo, Frank A. Jdg.; Becker, Rudolph F. Jdg.; Waldron, Dennis J. Jdg.; Shea, Frank J. Jdg.; McKay, James F. Ill Jdg.; Wimberly, Shirley Jr. Jdg.; Oser, Alvin V. Jdg.; Hansen, Gerard Jdg.; Douglas, Nils Jdg.; Sciambra, Andrew J. Jdg.; Russo, Anthony J. Jr.; Kiefer, George; Guste, William J. Atty. Gen.; applying for stay, supervisory writ; Parish of Orleans, Civil District Court, Div. “L”, No. 85-10984.
Denied.